CHRISTOPHER W. WOOD, ESQ. / SBN: 193955
KELSEY J. FISCHER, ESQ. / SBN: 292262
DREYER BABICH BUCCOLA WOOD CAMPORA, LLP
20 Bicentennial Circle
Sacramento, CA 95826
Telephone: (916) 379-3500
Facsimile: (916) 379-3599

Attorneys for Plaintiff

MICHELE BECKWITH
Acting United States Attorney
JOSEPH B. FRUEH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
E-mail:joseph.frueh@usdoj.gov
Telephone:     (916) 554-2702
Facsimile:      (916) 554-2900

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| STEPHANIE HAMMOND,<br><br>PLAINTIFF,<br><br>V.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 2:23-cv-02984-JAM-JDP<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR RULE 35 PHYSICAL EXAMINATION** |
|---|---|

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, as follows:

1. Plaintiff Stephanie Hammond will undergo a physical examination conducted by Dr. Michael Hembd, M.D., at 2 Scripps Drive, Suite 310, Sacramento, CA 95825.  The examination will occur on February 14, 2025, at 1:00 p.m.  The examination will take approximately one hour to complete.

2. Dr. Hembd will conduct a standard musculoskeletal examination to assess the injuries that Plaintiff attributes to the accident that occurred on March 14, 2023, to include her head, jaw, neck, and upper/middle/lower back. The examination will include a detailed medical history.

3. Plaintiff shall answer relevant and appropriate inquiries made by Dr. Hembd so that he can medically evaluate the nature, extent, and cause of Plaintiff's condition as well as her prognosis. Dr. Hembd's inquiries shall be reasonably calculated to elicit information about the nature, extent, cause, and prognosis of Plaintiff's injuries.

4. Plaintiff will not be required to perform movements or exercises that cause her pain. Plaintiff shall inform Dr. Hembd and stop any movements or exercises that cause her pain.

5. Other than Dr. Hembd, Plaintiff, and Plaintiff's mother, no other observers will be permitted in the examination. No audiovisual recording of the examination will be permitted.

6. Dr. Hembd shall receive a copy of this executed Stipulation.

7. Defendant shall provide Plaintiff's counsel with a report of the examination consistent with Federal Rules of Civil Procedure 35(b) and 26(a)(2) and the Court's Scheduling Order.

8. The cost of the examination shall be borne by the Defendant.

Dated: January 14, 2025           DREYER BABICH BUCCOLA WOOD CAMPORA, LLP

                                  By:   /s/ Kelsey J. Fischer        (authorized 1/14/2025)
                                        KELSEY J. FISCHER

                                        Attorneys for Plaintiff


                                        MICHELE BECKWITH
                                        Acting United States Attorney

Dated: January 14, 2025           By:   /s/ Joseph B. Frueh
                                        JOSEPH B. FRUEH
                                        Assistant United States Attorney

                                        Attorneys for Defendant


**IT IS SO ORDERED**

Dated: January 15, 2025

                                        _____
                                        HON. JEREMY D. PETERSON
                                        United States Magistrate Judge