1  CHRISTOPHER W. WOOD, ESQ. / SBN: 193955
   KELSEY J. FISCHER, ESQ. / SBN: 292262
2  DREYER BABICH BUCCOLA WOOD CAMPORA, LLP
   20 Bicentennial Circle
3  Sacramento, CA 95826
   Telephone: (916) 379-3500
4  Facsimile: (916) 379-3599

5  Attorneys for Plaintiff

6  MICHELE BECKWITH
   Acting United States Attorney
7  JOSEPH B. FRUEH
   Assistant United States Attorney
8  501 I Street, Suite 10-100
   Sacramento, CA  95814
9  E-mail:    joseph.frueh@usdoj.gov
   Telephone: (916) 554-2702
10 Facsimile:  (916) 554-2900

11 Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| STEPHANIE HAMMOND, | Case No. 2:23-cv-02984-JAM-JDP |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties and subject to Court approval, that the Pretrial Scheduling Order in this case (ECF 12) shall be modified as outlined below.

| Event | Current Date | Proposed Date |
|---|---|---|
| Initial Expert Disclosures | August 15, 2025 | October 17, 2025 |
| Rebuttal Expert Disclosures | August 29, 2025 | November 14, 2025 |
| Joint Mid-Litigation Statement | September 26, 2025 | December 15, 2023 |
| Discovery Cutoff | October 10, 2025 | February 27, 2026 |
| Filing Deadline for Dispositive Motions | December 5, 2025 | None Anticipated |
| Hearing Deadline for Dispositive Motions | February 10, 2026 | None Anticipated |
| Final Pretrial Conference | April 10, 2026 | April 10, 2026 |
| Bench Trial | June 1, 2026 | June 1, 2026 |

The reasons for this stipulation are as follows.

1. This is a personal-injury lawsuit that arises from a car accident on March 14, 2023, involving Plaintiff Stephanie Hammond and an employee of the United States Postal Service. Because the Postal Service employee was acting within the scope of his federal employment at the time of the accident, Plaintiff's claims are asserted against the United States pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671–80.

2. To diligently advance this case toward resolution, the parties have engaged in written discovery, third-party subpoenas for records and documents, fact-witness depositions, and medical evaluations under Rule 35 of the Federal Rules of Civil Procedure.

3. The parties have not previously requested modifying the Pretrial Scheduling Order.

4. Defendant's counsel will be preparing for and conducting a jury trial before Chief Judge Nunley during much of the currently scheduled expert-disclosure and discovery period in this case. The undesigned Assistant U.S. Attorney is the sole attorney assigned to this case for the Defendant.

5. In addition to the above-mentioned jury trial, the undersigned Assistant U.S. Attorney is juggling numerous new case-related obligations occasioned by several departures from the United States Attorney's Office and the federal hiring freeze, *see* Memorandum for the Heads of Executive

Departments and Agencies (Apr. 17, 2025), https://www.whitehouse.gov/presidential-actions/2025/04/extension-of-hiring-freeze.  These obligations were not reasonably foreseeable at the time that the parties conferred to plan for discovery under Rule 26(f) of the Federal Rules of Civil Procedure.  *See* ECF 11, 12.

6. Moreover, in the event that rebuttal expert disclosures may be warranted in this case, the parties anticipate that more than 14 days would be required for experts to evaluate the initial expert disclosures and provide rebuttal disclosures, if any.

7. The parties do not anticipate any dispositive motions in this case, and thus the time allotted in the original Pretrial Scheduling Order for resolving such motions is unnecessary.

8. The Final Pretrial Conference and Bench Trial dates are unaffected by this Stipulation and Proposed Order.

9. For the foregoing reasons, the parties respectfully submit that there is good cause for the Pretrial Scheduling Order to be modified as requested above.

Respectfully submitted,

Dated:  June 10, 2025　　　　　　　　　　DREYER BABICH BUCCOLA WOOD CAMPORA, LLP

By:　/s/ *Kelsey J. Fischer*　　　(authorized 6/10/2025)
　　　KELSEY J. FISCHER

Attorneys for Plaintiff

Dated:  June 11, 2025　　　　　　　　　　MICHELE BECKWITH
　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

By:　/s/ *Joseph B. Frueh*
　　　JOSEPH B. FRUEH
　　　Assistant United States Attorney

Attorneys for Defendant

## ORDER MODIFYING PRETRIAL SCHEDULING ORDER

Based on the stipulation of the parties and good cause appearing, the Pretrial Scheduling Order, is **MODIFIED** as follows:

| Event | New Deadline |
| --- | --- |
| Discovery Cutoff Date / Fact Discovery Completion | **02/27/2026** |
| Disclosure of Expert(s) Deadline | **10/17/2025** |
| Supplemental Disclosure Deadline | **11/14/2025** |
| Joint Mid-Litigation Statement Filing Deadline | Fourteen (14) days prior to the close of discovery |
| If any, Dispositive Motion Filing Deadline | **05/01/2026** |
| If any, Dispositive Motion Hearing | **06/30/2026, at 01:00 p.m.** |
| Joint Pretrial Statement Filing Deadline | Seven (7) days prior to the final pretrial conference |
| Final pretrial conference | **08/21/2026, at 11:00 a.m.** |
| **Bench Trial** (5-7 Days) | **10/05/2026, at 9:00 a.m.** |

All other instructions contained in the May 23, 2024 Pretrial Scheduling Order (ECF No. 12) shall remain in effect.

**IT IS SO ORDERED**

Dated: June 18, 2025                         /s/ John A. Mendez
                                                              THE HONORABLE JOHN A. MENDEZ
                                                              SENIOR UNITED STATES DISTRICT JUDGE