```
ERIC GRANT
United States Attorney
JOSEPH FRUEH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
E-mail:joseph.frueh@usdoj.gov
Telephone:     (916) 554-2702
Facsimile:      (916) 554-2900
```

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| STEPHANIE HAMMOND, | No. 2:23-cv-2984-JAM-JDP |
|---|---|
| PLAINTIFF, | **STIPULATION AND ~~PROPOSED~~ ORDER FOR RULE 35 MENTAL EXAMINATION** |
| V. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, as follows:

1. Plaintiff Stephanie Hammond will undergo a neuropsychological examination conducted by Dr. Amanda Gregory, Ph.D., at 2 Scripps Drive, Suite 310, in Sacramento, California.  The examination will occur on December 30, 2025, from 10:00 a.m. to 5:00 p.m., with a lunch break and other breaks as needed.

2. The examination will consist of a clinical interview and the following psychological tests and/or questionnaires: Wechsler Adult Intelligence Scale-IV; Wechsler Memory Scale-IV; California Verbal Learning Test-3; Test of Premorbid Functioning; Delis Kaplan Executive Functioning System; Wisconsin Card Sorting Test; Neuropsychological Assessment Battery: Language; Word Memory Test; Test of Memory and Malingering; Dot Counting Test; Word Choice Test; Victoria Symptom Validity

Test; Beck Depression Inventory-2; Beck Anxiety Inventory; Structured Interview of Reported Symptoms (SIRS-2).  Not all of these evaluation tools may be administered and are dependent on the symptoms presented, if any, by Plaintiff.  Evaluation tools not relevant to the presenting symptoms will not be administered.

3. Dr. Gregory and Plaintiff shall be the sole persons participating in the examination and in the examination room.  Plaintiff's mother may accompany her to the examination and be present outside of the examination room.  Dr. Gregory will make an audio recording of the clinical interview.  No audiovisual recording of the examination will be permitted.

4. Dr. Gregory shall receive a copy of this executed Stipulation.

5. Defendant shall provide Plaintiff's counsel with a report of the examination consistent with Federal Rules of Civil Procedure 35(b) and 26(a)(2) and the Court's Scheduling Order.

6. The cost of the examination shall be borne by the Defendant.

Dated: December 10, 2025     DREYER BABICH BUCCOLA WOOD CAMPORA, LLP

By: /s/ *Kelsey J. Fischer*     (authorized 12/10/2025)
KELSEY J. FISCHER

Attorneys for Plaintiff

ERIC GRANT
United States Attorney

Dated: December 10, 2025     By: /s/ *Joseph Frueh*
JOSEPH FRUEH
Assistant United States Attorney

Attorneys for Defendant

IT IS SO ORDERED.

Dated: December 12, 2025     _____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2