ERIC GRANT
United States Attorney
BRENDON L.S. HANSEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:     (916) 554-2780
Facsimile:     (916) 554-2900

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE HAMMOND,<br><br>                          Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                          Defendant. | CASE NO.  2:23-cv-02984-JAM-JDP<br><br>**STIPULATION AND ORDER FOR REFERRAL TO SETTLEMENT CONFERENCE** |

The parties jointly stipulate to attend a settlement conference and request that this Court refer this matter to the Honorable Dennis M. Cota, United States Magistrate Judge, to conduct a Settlement Conference and related proceedings.  Magistrate Judge Cota and all parties are available for this settlement conference on July 6, 2026.  Good cause exists to refer this matter to Judge Cota for purposes of a settlement conference to allow the parties to attempt informal resolution of this matter prior to trial.

IT IS SO STIPULATED.

//

//

//

//

STIPULATION AND ORDER FOR REFERRAL TO
SETTLEMENT CONFERENCE

Dated:  June 4, 2026

ERIC GRANT
United States Attorney

By:  */s/ Brendon L.S. Hansen*
BRENDON L.S. HANSEN
Assistant United States Attorney

Attorneys for Defendant UNITED STATES
OF AMERICA

Dated:  June 4, 2026

DREYER BABICH BUCCOLA WOOD
CAMPORA, LLP

By:  */s/ Christopher W. Wood (authorized 6/4/26)*
CHRISTOPHER W. WOOD
KELSEY J. FISCHER

Attorneys for Plaintiff STEPHANIE
HAMMOND

STIPULATION AND ORDER FOR REFERRAL TO
SETTLEMENT CONFERENCE

**<u>ORDER FOR REFERRAL TO SETTLEMENT CONFERENCE</u>**

Based on the stipulation of the parties, good cause appearing, and under Local Rule 270, the Court hereby **APPROVES** the parties' stipulation and **REFERS** this matter to Magistrate Judge Dennis M. Cota for settlement proceedings.

IT IS SO ORDERED.

Dated: June 04, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR REFERRAL TO
SETTLEMENT CONFERENCE