UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE HAMMOND,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 2:23-cv-02984-DC-JDP<br><br><u>ORDER RECUSING</u> |

It appearing to the undersigned, the district judge to whom this case is presently assigned for all purposes, that the provisions of 28 U.S.C. § 455 mandate the disqualification of the undersigned;

IT IS HEREBY ORDERED that:

1. The undersigned recuses herself as the district judge to whom this case is assigned; and
2. The Clerk of the Court is directed to randomly reassign this case to another district judge for all further proceedings, making appropriate adjustments in the

/////

/////

/////

/////

assignments of civil cases to compensate for such reassignment.

IT IS SO ORDERED.

Dated: **August 5, 2026**

Dena Coggins
United States District Judge