UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

STEPHANIE HAMMOND,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

No. 2:23-cv-2984 WBS JDP

ORDER GRANTING ADMINISTRATIVE RELIEF

----oo0oo----

The Court, having considered Plaintiff's Motion for Administrative Relief under Local Rule 233, and finding good cause shown,

IT HEREBY ORDERED that Plaintiff's Motion for Leave to File Supplemental Expert Report shall be heard on September 8, 2026, at 1:30 p.m. in Courtroom 5. Defendant's Opposition shall be filed on or before September 4, 2026. Plaintiff has waived any reply. Personal appearance by counsel is required at the hearing.

Dated: September 1, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE